FAUST GOETZ SCHENKER & BLEE
Attorneys for Defendant
ALLY FINANCIAL, INC.
570 West Mt. Pleasant Avenue
Livingston, New Jersey 07039
Phone: (973) 422-9600
Fax: 973-422-9666

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUKE ZAMBELLA**, <br><br> Plaintiff, <br><br> vs. <br><br> **ALLY FINANCIAL, INC.** and DOES 1-10, <br><br> Defendants. | Civil Case No.:  3:15-CV-05483-FLW-TJB |

### APPLICATION TO EXTEND DEFENDANT ALLY FINANCIAL, INC.'S TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT
### [Local Rule 6.1(b)]

Application is hereby made for a Clerk's Order extending the time within which defendant Ally Financial, Inc. ("Ally") may answer, move, or otherwise respond to plaintiff Luke Zambella's complaint, and it is represented that:

1. There have been no prior extensions of time in this action.

2. Service of process was effected on July 14, 2015.

3. Ally's response to the complaint is currently due by August 4, 2015.

4. Pursuant to Local Rule 6.1(b), Ally requests that its time to answer, move, or otherwise respond to plaintiff 's complaint be extended 14 days, to through and including August 18, 2015.

07462.0494/4559297.1

5.	Plaintiff, through his counsel, has agreed to the requested extension.

	*/s/ Thomas M. Kelly*
	FAUST GOETZ SCHENKER & BLEE
	By: Thomas M. Kelly
	Attorneys for Defendant
	ALLY FINANCIAL, INC.
	Dated: August 3, 2015

## ORDER

The above application is ORDERED GRANTED and defendant's time to answer, move, or otherwise respond to the complaint is hereby extended to and including August 18, 2015.

Ordered DATED: _____

	William T. Walsh, Clerk

	By: _____
	    Deputy Clerk