UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **LUKE ZAMBELLA,**<br><br>                    Plaintiff,<br>v.<br><br>**ALLY FINANCIAL, INC.** and DOES 1-10,<br><br>                    Defendants. | Civil Case No.: 15-cv-5483 |

## NOTICE OF SETTLEMENT

Plainitff Luke Zambella and Defendant Ally Financial, Inc. have reached a settlement in principle and are currently finalizing the agreement. Plaintiff expects to file a stipulation of dismissal within 45 days. Accordingly, Plaintiff respectfully requests that the Court strike all pending dates and deadlines.

**Dated**: February 18, 2016

                                        */s/ Jeremy M. Glapion*_____
                                        Jeremy M. Glapion
                                        **THE GLAPION LAW FIRM**
                                        1704 Maxwell Drive, Suite 102
                                        Wall, New Jersey 07719
                                        Tel: 732.455.9737
                                        Fax: 732.709.5150
                                        jmg@glapionlaw.com